**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JAMES H. LEE,
ADC #148133                                                                                           PLAINTIFF

v.                                    1:11-cv-00008-SWW-JJV

MALISSA HOOD, Sgt., Independence
County Sheriff's Office; *et al.*                                                                DEFENDANTS

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 20th day of September, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE